FILED: August 30, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2002 (L)
(1:16-cv-00932-JCC-IDD)

_____

BRIAN C. DAVISON

       Plaintiff - Appellee

v.

PHYLLIS RANDALL, In her official and individual capacity

       Defendant - Appellant

and

LOUDOUN COUNTY BOARD OF SUPERVISORS, In their official and individual capacities; LEO ROGERS, In his official capacity; TONY BUFFINGTON, In his official capacity; RON MEYER, In his official capacity; GEARY HIGGINS, In his official capacity

       Defendants

_____

No. 17-2003
(1:16-cv-00932-JCC-IDD)

_____

BRIAN C. DAVISON

       Plaintiff - Appellant

v.

PHYLLIS RANDALL, In her official and individual capacity

        Defendant - Appellee

and

LOUDOUN COUNTY BOARD OF SUPERVISORS, In their official and individual capacities; LEO ROGERS, In his official capacity; TONY BUFFINGTON, In his official capacity; RON MEYER, In his official capacity; GEARY HIGGINS, In his official capacity

        Defendants

_____

O R D E R

_____

The court consolidates case No. 17-2003 with case No. 17-2002. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk