FILED:  September 8, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2002 (L)
(1:16-cv-00932-JCC-IDD)
_____

BRIAN C. DAVISON

　　　　　Plaintiff - Appellee

v.

PHYLLIS RANDALL, In her official and individual capacity

　　　　　Defendant - Appellant

　and

LOUDOUN COUNTY BOARD OF SUPERVISORS, In their official and
individual capacities; LEO ROGERS, In his official capacity; TONY
BUFFINGTON, In his official capacity; RON MEYER, In his official capacity;
GEARY HIGGINS, In his official capacity

　　　　　Defendants

_____

O R D E R
_____

　　　Upon consideration of the motion for extension of the informal briefing

schedule, the court extends the time for serving and filing the informal opening

briefs to 10/16/2017. Any further request for an extension of time in which to file

the informal opening briefs shall be disfavored.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk